IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:   RHONDA WIMBISH                    Case No.: 20-13224

   Debtor                                             Chapter 13
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO STRIKE APPEARANCE OF COUNSEL

Now comes Richard J. Hackerman and Richard J. Hackerman, P.A., and move to withdraw from the above referenced case as counsel for the Debtor pursuant to Local Rule 9010-4, and for reason says:

1.  That on April 9, 2020, the undersigned advised the Debtor of his intent to withdraw as her attorney, and advised the Debtor to either have new counsel enter their appearance or to notify the Clerk of her intention to proceed without counsel.  Said letter is attached as Exhibit 1.

WHEREFORE, the Debtor requests:

A.  The Court enter an Order granting this motion and striking the appearance of the undersigned as Counsel for the Debtor.

B.  Other and further relief as the nature of this cause may require.

Richard J. S/S Hackerman
_____
Richard J. Hackerman
3635 Old Court Road, Suite 208
Baltimore, Maryland 21208
(410) 243-8800
Attorney for the Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the aforegoing was mailed electronically unto: Robert S. Thomas, II Trustee, via ecf., and that a copy of the aforegoing was mailed first class mail, postage prepaid to Debtor Rhonda Wimbish, 3514 White Chapel Road, Baltimore, Md. 21215, this 20th day of April, 2020,

Richard J. S/S Hackerman
_____
Richard J. Hackerman