**RICHARD J. HACKERMAN, P.A.**
ATTORNEY AT LAW
3635 OLD COURT ROAD, SUITE 208
BALTIMORE, MARYLAND 21208
Tel:(410) 243-8800 Fax (410) 630-7232
Richard@RichardHackerman.com

April 9, 2020

Via email and first class mail
Ms. Rhonda Wimbish
3514 White Chapel Rd
Baltimore, MD 21215

    Re: Chapter 13 Bankruptcy

Dear Ms. Wimbish:

    Per my recent emails to you and the reasons set forth therein, please be advised of my intention to withdraw from your case. You are advised to either have new counsel enter an appearance or to advise the Clerk that you will be proceeding without counsel.

                                    Very truly yours,

                                    S/S Richard J. Hackerman

                                    Richard J. Hackerman

RJH/ms