**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **20–13224 – MMH**   Chapter: **13**

**Rhonda Wimbish**
Debtor

## ORDER STRIKING APPEARANCE OF COUNSEL FOR DEBTOR

Upon consideration of the Motion to Withdraw Appearance filed by Richard J. Hackerman, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Richard J. Hackerman, as counsel of record for the Debtor is hereby stricken.

cc:   Debtor
      Attorney for Debtor – Richard J. Hackerman
      Case Trustee – Robert S. Thomas II

## End of Order

01x03 (rev. 05/02/2000) – lalexander