Entered: June 2nd, 2020
Signed: June 1st, 2020

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Rhonda Wimbish, | * | Case No. 20-13224 MMH |
| | * | Chapter 13 |
| Debtor. | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER EXTENDING TIME TO COMPLETE REQUIRED FILINGS

An Order on Motion to Extend Time (the "Motion") was filed by in the above-captioned case by the Debtor on March 26, 2020. ECF 9. By the Motion, the above-captioned Debtor requested additional time to file required documents. The Motion was denied as moot by an Order Denying Motion to Extend Time (the "Order") entered by this Court on March 30, 2020 due to Standing Order 2020-05[1] (the "Standing Order 05"). ECF 10. By the Order this Court noted that the extension of time to file the Debtor's documents was automatically extended by the Standing Order 05 for 42 days up to and including April 23, 2020. On April 10, 2020, the United States District Court for the District of Maryland issued Standing Order 2020-07[2] further extending filing deadlines by an additional 42 days (for a total of 84 days from the _original_ filing deadlines).

---

[1] Standing Order 2020-05 [In re Court Operations Under Exigent Circumstances Created by Covid-19, Misc. Case No. 00-308 at Docket No. 97] entered by the United States District Court for the District of Maryland on March 20, 2020 extended filing deadlines by 42 days.

[2] Standing Order 2020-07 [In re Court Operations Under Exigent Circumstances Created by Covid-19, Misc. Case No. 00-308, Docket No. 99] entered by the U.S. District for the District of Maryland on April 10, 2020 extended filing deadlines by an additional 42 days (for a total of 84 days from the _original_ filing deadlines.)

The following documents remain unfiled in this case:

- Schedules A, B, C, D, E, F, G, H, I, J
- Summary of Assets and Liabilities
- Declaration Concerning Debtor's Schedules
- Chapter 13 Plan
- Certificate of Service of mailing of Chapter 13 Plan
- Statement of Financial Affairs
- Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income - Chapter 13 Income Form 122C−1

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor shall have up to and including by **June 19, 2020** to file the

required documents listed above, and it is further

**ORDERED**, that if the required documents are not filed by **June 19, 2020** the Court may

dismiss this case without further notice or hearing.

cc:   Debtor – Pro se
      Trustee
      U.S. Trustee

**END OF ORDER**

(*kgm*)