```
                         United States Bankruptcy Court
                             District of Maryland
In re:                                                     Case No. 20-13224-MMH
Rhonda Wimbish                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1         User: lalexande            Page 1 of 1              Date Rcvd: Jun 19, 2020
                             Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.
31472944       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:
              Robert S. Thomas    ECF@ch13balt.com,   rthomas13@ecf.epiqsystems.com
                                                                                             TOTAL: 1

2100 B (12/15)

# United States Bankruptcy Court
# District of Maryland

Case No. 20-13224
Chapter 13

In re: Debtor(s) (including Name and Address)

Rhonda Wimbish
3514 White Chapel Rd
Baltimore MD 21215

## NOTICE OF PROPOSED TRANSFER OF CLAIM

Pursuant to Federal Bankruptcy Rule 3001 (e)(2) or (4), notice is hereby given that the Court has received a notice of transfer of your claim.  A copy of the document received by this Court transferring your claim is included with this Notice.  Please read the document carefully to insure its authenticity and accuracy.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708 | Selene Finance LP<br>9990 Richmond Ave<br>Suite 400 South<br>Houston, TX 77042 |

## -- DEADLINE TO OBJECT TO TRANSFER --

No action is required if you do not object to the transfer of your claim.  If you object to the transfer of your claim you must file a written objection within twenty-one (21) days after the date of this notice with the Court.

Date:   06/21/20

Mark A. Neal
**CLERK OF THE COURT**