

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: | * |
| | * |
| Rhonda Wimbish, | *   Case No. 20-13224 MMH |
| | *   Chapter 13 |
| Debtor. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ADDRESSING DOCUMENT FILED BY DEBTOR AND
### NOTICE OF COURT'S CONTEMPLATED DISMISSAL OF CASE

On or about August 5, 2020, this Court received and docketed a document titled No Knowledge of Bankruptcy Proceedings (the "Document") from Rhonda Wimbish, the above-captioned Debtor (the "Debtor"). ECF 40. The Debtor began this case by filing a voluntary petition under chapter 13 of the Bankruptcy Code on March 11, 2020. ECF 1. An Order to Show Cause Why Case Should not be Dismissed for Failure to Complete Required Pleadings was entered by this Court on July 1, 2020, and a Second Order to Show Cause Why Case Should not be Dismissed for Failure to Complete Required Pleadings (collectively the "Show Cause Orders") was entered by this Court on July 24, 2020. ECF 36. ECF 38. By the Show Cause Orders the Debtor was required to file the following documents:

- Chapter 13 Plan and Certificate of Mailing Plan to all creditors
- Verification of Creditor Matrix
- Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income

- Summary of Assets and Liabilities
- Schedules C, D, E, F, G, H, I, J
- Declaration Concerning Debtor's Schedules
- Statement of Financial Affairs

on or before August 6, 2020. By the Document filed by the Debtor, and the failure to file the documents listed above, it appears that the Debtor does not desire to continue with her chapter 13 case. Accordingly, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that should the Debtor chose to continue with the above-captioned case, the documents listed above must be filed by the Debtor or the Debtor must request a hearing in writing with this Court **on or before August 28, 2020**; and it is further

**ORDERED**, that if the documents are not filed or a hearing is not requested in writing on or before August 28, 2020, this Court may dismiss the case without further notice or hearing; and it is further

**ORDERED**, that the Court takes no action on the Document other than entering this Order acknowledging the receipt and docketing of the Document, and acknowledging that the documents listed above remain unfiled.

cc:   Debtor – Pro se
      Richard J. Hackerman
      Trustee
      U.S. Trustee

**END OF ORDER**

(kgm)