Entered: September 8th, 2020
Signed: September 4th, 2020

**SO ORDERED**



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **20–13224 – MMH**    Chapter: **13**

**Rhonda Wimbish**
Debtor

## ORDER DISMISSING CASE
## FOR FAILURE TO COMPLETE REQUIRED FILINGS
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By notice of the Court dated March 12, 2020 and Orders of the Court entered July 24, 2020 and August 12, 2020 the Debtor was admonished to file:

- ☑ Chapter 13 Plan and Certificate of Mailing Plan to all creditors
- ☑ Verification of Creditor Matrix
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☑ Summary of Assets and Liabilities, Schedules C, D, E, F, G, H, I and J with Declaration Concerning Schedules
- ☑ Statement of Financial Affairs
- ☐
- ☐

The Debtor has failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 1307(c), the above–captioned case under Chapter 13 is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $ –0– for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:  Debtor
     Attorney for Debtor – PRO SE
     Case Trustee – Robert S. Thomas II

**End of Order**

15x06 (rev. 12/01/2015) – lalexander