FILED
MAIL

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND

20 NOV 17 PM 2:07

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

In re: Case No: 20-13224- MMH            Chapter 13

Rhonda Wimbish
Debtor


The Bankruptcy judge dismissed the case before the hearing date.

The Bankruptcy judge dismissed the case before the debtor could hire another attorney during a pandemic.

*[signature]*

Rhonda Wimbish     November 3, 2020
Debtor